UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Julio E. Jimenez-Oyaga,

Case No. 2:19-cr-114(3)

Judge Michael H. Watson

## ORDER

There being no objections, and upon review of the Superseding Information, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 117. The Court accepts Defendant's plea of guilty to Count 1 of the Superseding Information, and he is hereby adjudged guilty on that count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT